IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DRAPER FRANK WOODYARD,    )
    )
    Plaintiff,    )
    )
vs.    )    CIV. ACT. NO. 1:25-cv-202-TFM-MU
    )
DEPUTY HUNTER, *et al.*,    )
    )
    Defendants.    )

## MEMORANDUM OPINION AND ORDER

On May 5, 2026, the Magistrate Judge entered a Report and Recommendation which recommends denial of Plaintiff's Motion to Intervene Pursuant to Rule 65(a) and (b) which he construed as a request for a preliminary injunction. *See* Doc. 45. On May 13, 2026, Plaintiff filed objections. *See* Doc. 50. The Report and Recommendation is ripe for review.

Having reviewed the objections, the Court finds them to be without merit. The Court also notes that Woodyard is no longer at the facility referenced in the motion as evidenced by the Notice of Change of Address filed on June 8, 2026. *See* Doc. 52. This renders the issue moot.

Therefore, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court. Accordingly, the Motion to Intervene construed as a request for preliminary injunction (Doc. 38) is **DENIED**.

Additionally, the Court has reviewed the motions for sanctions concurrently filed with Woodyard's objections. In the motion he complains that the Defendants have not been sanctioned or responded to his motions. He also complains how the judges have managed his various cases

pending in this district.  While it is true that the Defendants have not yet responded in this case, that is also due to the fact that thus far it does not appear that they have been properly served.  The Magistrate Judge just addressed that concern in an order issued on June 17, 2026.  *See* Doc. 53. The summons have been again prepared and provided to the United States Marshal for service. Therefore, the Court finds that the motion for sanctions (Doc. 49) is due to be **DENIED**.

This case is **REFERRED BACK** to the Magistrate Judge for further proceedings.

**DONE** and **ORDERED** this 18th day of June, 2026.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE